IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY COOPER, <br><br> Plaintiff, <br><br> v. <br><br> KOHLS DEPARTMENT STORES, INC., <br><br> Defendant. | Case No.: 1:19-cv-04957-SDG |

# NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: August 13, 2020

By: */s/ Dennis R. Kurz*
Dennis R. Kurz, Esq.
Georgia Bar No.: 430489
Kurz Law Group, LLC
1640 Power Fry Road, Bldg. 17, Ste. 200
Marietta, GA 30067
Phone: (678) 264-8003
dennis@kurzlawgroup.com
**Attorney for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Plaintiff's Notice of Settlement was served upon Defendant's Counsel, by ECF, on August 13, 2020.

Kevin R. Stone, Esquire
Burr & Forman, LLP
171 17th Street NW, Ste 1100
Atlanta, GA 30363

*DEFENDANT*

Dated: August 13, 2020            By: */s/ Dennis R. Kurz*
                                  Dennis R. Kurz, Esq.