IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| KIMBERLY COOPER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KOHLS DEPARTMENT STORES, INC.,<br><br>　　　　Defendant. | Case No.: 1:19-cv-04957-SDG |

STIPULATION TO DISMISS

TO THE CLERK:

Pursuant to Rule 41(a)(1)(A)(ii), counsel for all parties hereto stipulate to the dismissal of this action with prejudice and without cost to either party.

| | |
|---|---|
| /s/ Kevin R. Stone<br>Kevin R. Stone, Esquire<br>Burr & Forman, LLP<br>171 17th Street NW, Ste 1100<br>Atlanta, GA 30363<br>Phone: (404) 685-4260<br>E-mail: kstone@burr.com<br>Attorney for the Defendant<br><br>Date: October 13, 2020 | /s/ Dennis R. Kurz<br>Dennis R. Kurz, Esq.<br>Georgia Bar No.: 430489<br>Kurz Law Group, LLC<br>1640 Power Fry Road, Bldg. 1<br>Ste. 200<br>Marietta, GA 30067<br>Phone: (678) 264-8003<br>E-mail: dennis@kurzlawgroup.com<br>Attorney for Plaintiff<br>Date: October 13, 2020 |

BY THE COURT:

_____
　　　　　　　　　　　　J.

**Certificate of Service**

I hereby certify that I have served a copy of the foregoing document by Notice of Electronic Filing on this 13th day of October, 2020:

Kevin R. Stone, Esquire
Burr & Forman, LLP
171 17th Street NW, Ste 1100
Atlanta, GA 30363

*DEFENDANT*

Dated: October 13, 2020          By: */s/ Dennis R. Kurz*
                                 Dennis R. Kurz, Esq.